THE STATE EX REL. FRESH MARK, INC., APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Fresh Mark, Inc. v. Indus. Comm.* (1999), 84 Ohio St.3d 359.]

(No. 97–2545—Submitted November 10, 1998—Decided January 20, 1999.)

*Buckingham, Doolittle & Burroughs, L.L.P.,* and *Eleanor J. Tschugunov,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Vincent T. Lombardo,* Assistant Attorney General, for appellee Industrial Commission.

*Ward, Kaps, Bainbridge, Maurer & Melvin* and *William J. Melvin,* for appellee Ricky Cummings.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

---

LUNDBERG STRATTON, J., dissenting. I dissent and would reverse the judgment of the court of appeals.